IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| PETER M. VAN ZANTEN, DWAIN E. VITTETOE, ROBERT R. FINE, and LARRY A. MCMILLAN, Individually and On Behalf Of All Others Similarly Situated, | ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | Case No. 25-00095-CV-W-BP |
| v. | ) ) | |
| KANSAS CITY LIFE INSURANCE COMPANY, | ) ) ) | |
| Defendant. | ) ) | |
| PETER M. VAN ZANTEN, Individually and On Behalf Of All Others Similarly Situated, | ) ) ) ) | |
| Plaintiff, | ) ) | Case No. 25-00179-CV-W-BP |
| v. | ) ) | |
| KANSAS CITY LIFE INSURANCE COMPANY, | ) ) ) | |
| Defendant. | ) ) | |
| ROBERT R. FINE, Individually and On Behalf Of All Others Similarly Situated, | ) ) ) ) | |
| Plaintiff, | ) ) | Case No. 25-00626-CV-W-BP |
| v. | ) ) | |
| KANSAS CITY LIFE INSURANCE COMPANY, | ) ) ) | |
| Defendant. | ) ) | |

| | |
|---|---|
| LARRY A. McMILLAN, Individually and<br>On Behalf Of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>KANSAS CITY LIFE INSURANCE COMPANY,<br><br>Defendant. | )<br>)<br>)<br>)<br>) Case No. 25-00179-CV-W-BP<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER CONSOLIDATING CASES

The cases identified above share common questions of fact and law. They are also all part of a nationwide settlement that has been preliminarily approved. Therefore, pursuant to Rule 42 of the Federal Rules of Civil Procedure, the Court deems it appropriate to consolidate them, and the Motion to Consolidate is **GRANTED**. All future filings shall be made *only* in the lowest numbered case, Case No. 25-00095-CV-W-BP.

**IT IS SO ORDERED.**

Date: August 25, 2025

/s/ Beth Phillips
BETH PHILLIPS, CHIEF JUDGE
UNITED STATES DISTRICT COURT